DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. WARD

No. 261P83.

Case below: 61 N.C. App. 747.

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 6 December 1983.

STATE v. WHITE

No. 493P83.

Case below: 63 N.C. App. 734.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 December 1983.

STATE v. WILSON

No. 459P83.

Case below: 63 N.C. App. 567.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 December 1983. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 December 1983.

STEWART, CAMPBELL & HENDRIX v. FOSTER

No. 529P83.

Case below: 64 N.C. App. 210.

Petition by defendants for discretionary review under G.S. 7A-31 denied 6 December 1983.

STYLECO, INC. v. STOUTCO, INC.

No. 331P83.

Case below: 62 N.C. App. 525.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 December 1983.